UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD PAUL GREGORY,<br><br>                       Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                       Defendant. | NO: 13-CV-5146-TOR<br><br>REMAND ORDER |

BEFORE THE COURT is the parties' Stipulated Motion for Remand, ECF No. 11. The parties have agreed that this case should be remanded pursuant to sentence six of 42 U.S.C. § 405(g) because significant portions of the recording of the hearing held on March 7, 2012, are inaudible. The parties further agreed that upon receipt of this Court's Order of remand, the Commissioner will remand the case to an Administrative Law Judge for a *de novo* hearing.

Sentence six of § 405(g) authorizes the Court, on motion of the Commissioner of Social Security made for good cause shown before the

REMAND ORDER ~ 1

Commissioner files the Commissioner's answer, to remand the case to the Commissioner for further action by the Commissioner. 42 U.S.C. § 405(g). In a sentence six remand, the court "does not affirm, modify, or reverse the Secretary's decision; it does not rule in any way as to the correctness of the administrative determination." *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).

The Court finds good cause exists for remand since portions of the recording from the hearing before the Administrative Law Judge are inaudible.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand (ECF No. 11) is **GRANTED**. This case is remanded pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings. Upon receipt of this Order, the Commissioner will remand the case to an Administrative Law Judge for a *de novo* hearing. The Court retains jurisdiction.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, and administratively **CLOSE** this file subject to reopening when the Commissioner shall file with the Court any such additional or modified findings of fact and decision.

**DATED** April 1, 2014.



THOMAS O. RICE
United States District Judge

REMAND ORDER ~ 2